BIBERDICH, Appellant, vs. POVKOVICH, Respondent.

For the appellant: *Carl H. Juergens* of Milwaukee, attorney, and *Clifford E. Randall* of Kenosha of counsel.

For the respondent: *Hannan, Johnson & Goldschmidt* of Milwaukee, attorneys, and *Whaley & Paulsen* of Racine of counsel.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 10, 1931.

*February 10, 1931.*

YANKOW, Appellant, vs. ALLEN, Respondent.

For the appellant: *L. J. Fellenz* of Fond du Lac.

For the respondent: *Rouiller & Dougherty* of Milwaukee, attorneys, and *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh and *Thomas A. Byrne* of Milwaukee of counsel.

*By the Court.*—Order affirmed.

NESS, Respondent, vs. KUEHNE, Appellant.

For the appellant: *L. P. Fox* of Chilton.

For the respondent: *George C. Hume* of Chilton.

*By the Court.*—Judgment affirmed.